IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSEPH MARSELL CARTLIDGE, )
 )
   Plaintiff, )
 ) 1:19CV292
 v. )
 )
JENNIFER SMITH, et al., )
 )
   Defendants. )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on April 16, 2019, was served on the parties in this action. Petitioner filed Objections to the Magistrate Judge's Recommendation within the time limits prescribed by 28 U.S.C. § 636. [Doc. # 7.]

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection is made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation [Doc. #5].

**IT IS THEREFORE ORDERED** that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2).

This the 21st day of July, 2020.

<u>/s/ N. Carlton Tilley, Jr.</u>
Senior United States District Judge